1

2

3

4

5
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

7
LORI LEE CRULL,

NO. 13-00426-RMP

Plaintiff,

8
v.

STIPULATED PROTECTIVE
ORDER

9
STATE OF WASHINGTON,
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES; KYLE BUNGE
and STEVE M. LOWE, in their official
and individual capacities,

10

11

12
Defendants

13

## I.     STIPULATION

14
The parties to this action, through the undersigned counsel, stipulate to an

15
order of protection from the court as follows:

16
1.      Both parties have access to information and documents relating to

17
child care.  Plaintiff from operating a former daycare business, known as Little

18
Lambs Learning Center and/or known by any other name, and Defendants and

19
other Department of Social and Health employees in the course of performing

20
their official duties.  Pertinent files that both parties may have access to will

21
contain information of a confidential and privileged nature relating to minors and

22
third parties.  This information may include but is not limited to: identification

STIPULATED PROTECTIVE
ORDER

1    information, incidents or reports of child abuse or neglect, financial information,

2    records normally maintained by a daycare facility identifying information of a

3    personal or confidential nature, family information, and other information not

4    subject to public disclosure.  These records need to be exchanged for the purposes

5    of discovery in this matter.

6        2.    The parties agree and the court orders that any and all documents

7    exchanged in discovery shall be treated as confidential and will not be made

8    accessible to anyone other than the parties, their counsel, and experts retained in

9    this litigation to review the documents.

10        3.    The parties agree that upon signing this stipulation, they will honor

11    the terms of the stipulation even before the court has an opportunity to sign and

12    enter the order.

13        4.    Since both parties would have access to the records relating to the

14    minors or other third parties who were in the care of the day care while it was

15    operated by plaintiff, the parties agree and the court orders that discovery can be

16    exchanged between the parties without redacting the identification or personal

17    information on third parties.  This will facilitate discovery given the large volume

18    of records at issue.

19        5.    The parties agree and the court orders that if records exchanged in

20    discovery are to be disclosed to experts for the purposes of the litigation, then the

21    party retaining the expert will ensure that a confidentiality agreement is signed to

22    protect the interests of third parties or the information on the third parties is

STIPULATED PROTECTIVE
ORDER

1    redacted, and the expert shall be made aware of and bound by the terms of this

2    order of protection.

3         6.    The parties agree and the court orders that counsel will have access

4    to reports of or information on reports of child abuse that related to the children in

5    the care of Plaintiff's child care center.  Plaintiff's counsel agrees that the names

6    and identifying information of any reporter of child abuse, witness to child abuse,

7    victim of child abuse or person of interest in a child abuse report, will not be

8    disclosed to their client or anyone outside of legal counsel's necessary personnel.

9    It is not anticipated that the identity of these persons is relevant to the pending

10   litigation, but if either party contends one of the reporters or witnesses of child

11   abuse becomes relevant in the pending litigation, the parties will attempt to reach

12   an agreement on any discovery relating to this issue or seek a further order from

13   the court as necessary.

14        7.    The parties agree and the court orders that any documents, records,

15   or electronic data or information disclosed in discovery in this matter will not be

16   filed with the court, except under seal, without the prior written permission and/or

17   consent of the other party.

18        8.    The parties agree and the court orders that any information and/or

19   documents produced in discovery shall not be further disseminated outside of the

20   parties, counsel and experts.  The records will not be shown to lay witnesses or

21   any other individuals without written consent of the other party or further order

22   from the court.

STIPULATED PROTECTIVE
ORDER

9.     The parties agree and the court orders that information and documents, if used during depositions, must be redacted to prevent disclosure of confidential/privileged information, and depositions shall be sealed as necessary to prevent the disclosure of any identifying or personal information relating to third parties.

10.    The parties agree and the court orders that the information and documents provided in discovery, if filed with the Court, shall be filed under seal. To the extent admission of these records into evidence at trial becomes necessary, the parties will address the method of introduction to protect any and all confidential and/or personal information with the court prior to trial.

11.    The parties agree and the court orders that the discovery documents and any reproductions not necessary for preservation of litigation files will be returned to the Office of the Attorney General at the conclusion of this litigation for destruction or destroyed by the party in possession of the documents.  Any documents preserved to protect the integrity of litigation files will not be further disseminated or used for any purpose other than one directly related to this litigation.

12.    The parties agree and the court orders that the records disclosed in discovery will not be used for any purposes other than as necessary in the course of this litigation and consistent with the terms of this order of protection.

13.    The parties agree and the court orders that nothing in this order shall prevent Defendants from making required disclosures of public records that may

STIPULATED PROTECTIVE
ORDER

1    be required by law.

2        The Court finds that the information and/or documents described above may

3    be made confidential or conditionally privileged, but at the same time, the

4    information and/or documents are relevant to discovery in this matter.  To

5    facilitate discovery and based upon the stipulated agreement of the parties, the

6    Court hereby orders the records shall be subject to this order of protection as set

7    out above.

8        The District Court Clerk is directed to enter this Order and provide copies to

9    counsel.

10       **DATED** this 27th day of March, 2014.

11

12                          *s/ Rosanna Malouf Peterson*

13                    ROSANNA MALOUF PETERSON
                     Chief United States District Court Judge

14

15

16

17

18

19

20

21

22

STIPULATED PROTECTIVE
ORDER